IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONRATH | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:18-cv-00451 |
| | ) |
| S&T BANK | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on September 4, 2018.

The case (please check one):
     X   has resolved
     ___ has resolved in part (see below)
     ___ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

_____

Dated: September 6, 2018         S/ Kenneth J. Benson
                                             Signature of Neutral

Rev. 09/11